**Thomas Freedman**, OSB No. 080697
Email:  thomas@prllaw.com
PEARL LAW LLC
838 SW 1st Avenue Suite 400
Portland, OR  97204
Tel: (503) 486-4629 | Fax: (503) 217-5510

*Counsel for Defendant Sha'kor Holiday*

UNITED STATES DISTRICT COURT

DISTRICT OF OREGON - PORTLAND DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>                              *Plaintiff,*<br><br>-against-<br><br>SHA'KOR SHOVONTAE RAY HOLIDAY,<br><br>                              *Defendant.* | Case No. 3:23-cr-00232-IM<br><br>**DEFENDANT'S SENTENCING <u>MEMORANDUM</u>**<br><br>Hearing Date:  June 17, 2026<br>Hearing Time:  9:00 a.m. |

Defendant Sha'kor Holiday, by and through his attorney, Thomas Freedman, hereby submits the following sentencing memorandum, following his guilty plea to one count of felon-in-possession of a firearm under 18 U.S.C. § 922(g).

### I.      <u>Requested Sentence</u>

Defendant respectfully requests a sentence of 66 months.  Mr. Holiday submits this is a "sentence sufficient, but not greater than necessary" to achieve the purposes of sentencing.

### II.      <u>Legal Standard</u>

Under the parsimony principle in Section 3553, Congress has instructed the courts that they "shall impose a sentence sufficient, *but not greater than necessary*, to comply with the four identified purposes of sentencing:  just punishment, deterrence, protection of the public, and

rehabilitation." *Dean v. United States*, 137 S. Ct. 1170, 1175 (2017) (emphasis added); 18 U.S.C. § 3553(a). Even sentences within the advisory guidelines range can be "greater than necessary" to serve the objectives of sentencing. *Kimbrough v. United States*, 552 U.S. 85, 111 (2007). While the sentencing courts "'must begin their analysis with the Guidelines and remain cognizant of them throughout the sentencing process,'" *Molina-Martinez v. United States*, 136 S. Ct. 1338, 1345 (2016), the district judge "may not presume that the Guidelines range is reasonable but must make an individualized assessment based on the facts presented." *Gall v. United States*, 552 U.S. 38, 50 (2007).

In short, "the Guidelines are not only *not mandatory* on sentencing courts; they are also not to be *presumed* reasonable." *Rita v. United States*, 551 U.S. 338, 350-51 (2007) (emphasis in original).

For the reasons outlined in other sentencing materials, Defendant Sha'kor Holiday respectfully requests that the Court impose a sentence of 66 months.

Dated: June 10, 2026

Respectfully submitted,

PEARL LAW LLC

By: *thomas freedman*
　　**Thomas Freedman,** OSB No. 080697
　　*Attorney for Defendant Sha'kor Holiday*

Page **2** of **2** – Defendant's Sentencing Memorandum